LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
  Andrew M. Gass (Bar No. 259694)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-00600
Facsimile: (415) 395-8095
Email   Tim.O'Mara@lw.com
Email:  Andrew.Gass@lw.com

  Maureen E. Mahoney (*pro hac vice* to be submitted)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email:  Maureen.Mahoney@lw.com

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

[Additional counsel listed on ancillary papers]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, UNION PACIFIC RAILROAD COMPANY, AND BNSF RAILWAY COMPANY,<br><br>          Plaintiffs,<br><br>  v.<br><br>CALIFORNIA OFFICE OF SPILL PREVENTION AND RESPONSE, THOMAS M. CULLEN, JR., CALIFORNIA ADMINISTRATOR FOR OIL SPILL RESPONSE, in his official capacity, AND KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in her official capacity,<br><br>          Defendants. | CASE NO. 2:14-cv-02354-TLN-CKD<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM PAGE LIMITATION REQUIREMENT**<br><br>Judge:    The Hon. Troy L. Nunley |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING MOTION FOR
RELIEF FROM PAGE LIMITATION REQUIREMENT
CASE NO. 2:14-cv-02354-TLN-CKD

**ORDER**

This matter comes before the Court on Plaintiffs' Association of American Railroads, Union Pacific Railroad Company, and BNSF Railway Company (collectively, "Plaintiffs") Motion for Relief from Page Limitation Requirement, filed to allow a brief of 27 pages in support of Plaintiffs' Motion for Preliminary Injunction. Plaintiffs' Motion for Relief from Page Limitation Requirement is GRANTED.

IT IS SO ORDERED.

Dated: October 21, 2014

_____
Troy L. Nunley
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DC\3605104

1

ORDER GRANTING MOTION FOR
RELIEF FROM PAGE LIMITATION REQUIREMENT
CASE NO. 2:14-cv-02354-TLN-CKD