LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
  Andrew M. Gass (Bar No. 259694)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email  Tim.O'Mara@lw.com
Email: Andrew.Gass@lw.com

  Maureen E. Mahoney (admitted *pro hac vice*)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Maureen.Mahoney@lw.com

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

[Co-Counsel listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, UNION PACIFIC RAILROAD COMPANY, AND BNSF RAILWAY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA OFFICE OF SPILL PREVENTION AND RESPONSE, THOMAS M. CULLEN, JR., CALIFORNIA ADMINISTRATOR FOR OIL SPILL RESPONSE, in his official capacity, AND KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in her official capacity,<br><br>Defendants. | CASE NO. 2:14-cv-02354-TLN-CKD<br><br>**STIPULATION RE SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; ORDER**<br><br>Judge: The Honorable Troy L. Nunley |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE SCHEDULE FOR
DEFENDANTS' MTD;ORDER
CASE NO. 2:14-cv-02354-TLN-CKD

  Plaintiffs ASSOCIATION OF AMERICAN RAILROADS, UNION PACIFIC RAILROAD COMPANY, and BNSF RAILWAY COMPANY (collectively, Plaintiffs) and defendants CALIFORNIA OFFICE OF SPILL PREVENTION AND RESPONSE (OSPR), THOMAS M. CULLEN, JR., CALIFORNIA ADMINISTRATOR FOR OIL SPILL RESPONSE, in his official capacity, and KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in her official capacity (collectively, Defendants), by and through their counsel of record, enter into the stipulation below based upon the following facts:

  1. On October 7, 2014, Plaintiffs filed their Complaint for Injunctive and Declaratory Relief.

  2. On October 10, 2014, Plaintiffs filed a Motion for Preliminary Injunction (PI Motion).

  4. On October 29, 2014, Defendants submitted to this Court a Stipulation Regarding the Schedule for Plaintiffs' Motion for Preliminary Injunction, which states in relevant part that, subject to the Court's approval, the parties agree (a) to reschedule the hearing on Plaintiffs' PI Motion to January 15, 2015 at 2:00 p.m., or as soon thereafter as the Court is available; (b) that Defendants shall file their opposition to the PI Motion on or before December 5, 2014; and (c) that Plaintiffs' shall file their reply brief regarding the PI Motion on or before December 19, 2014.

  5. On October 30, 2014, Defendants filed a Motion to Dismiss Plaintiffs' Complaint for Injunctive and Declaratory Relief (MTD).

  6. On October 31, 2014, Plaintiffs' counsel contacted Defendants' counsel regarding the briefing schedule and hearing date for the MTD.  Plaintiffs' counsel proposed that the briefing schedule for the MTD be adjusted to match the briefing schedule for Plaintiffs' PI Motion and that the hearing for the MTD be consolidated with the proposed PI hearing on January 15, 2015.

  7. Defendants' counsel so agreed.

  8. The parties have thus met and conferred and have stipulated, subject to the Court's approval, to reschedule the hearing on the MTD (currently calendared for December 11, 2014) to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE SCHEDULE FOR
DEFENDANTS' MTD;ORDER
CASE NO. 2:14-cv-02354-TLN-CKD

January 15, 2015 at 2:00 p.m., or as soon thereafter as the Court shall hear the PI Motion, and to revise the MTD briefing schedule as set forth below.

**STIPULATION**

IT IS HEREBY STIPULATED therefore, by and between the parties to this action, through their respective counsel of record, subject to court order, that Defendants' MTD will be subject to the following schedule:

1. The MTD hearing currently scheduled for December 11, 2014 will be consolidated with the hearing on Plaintiffs' PI Motion and heard on January 15, 2015 at 2:00 p.m., or as soon thereafter as the Court shall hear the PI Motion.

2. Plaintiffs shall file their opposition to the MTD on or before December 5, 2014.

3. Defendants shall file their reply to the MTD on or before December 19, 2014.

Dated: November 4, 2014                    Respectfully submitted,

LATHAM & WATKINS LLP
  Maureen E. Mahoney
  Timothy L. O'Mara
  Andrew M. Gass

  /s/ Timothy L. O'Mara
  Timothy L. O'Mara
  Attorneys for Plaintiffs
  *Union Pacific Railroad Company*

Melissa B. Hagan (Bar No. 297408)
Union Pacific Railroad Company
13181 Crossroads Pkwy. N.
City of Industry, CA 91746
Telephone: (713) 220-3207

Co-Counsel for Plaintiff *Union Pacific Railroad Company*

Louis P. Warchot II (CA Bar No. 58567)
Association of American Railroads
425 3rd Street SW, Suite 1000
Washington, DC 20024
Telephone: (713) 220-3207

Counsel for Plaintiff *Association of American Railroads*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION RE SCHEDULE FOR
DEFENDANTS' MTD;ORDER
CASE NO. 2:14-cv-02354-TLN-CKD

| | |
|---|---|
| 1 | Jacob D. Flesher (Bar No. 210565) |
| 2 | Jeremy J. Schroeder (Bar No. 223118) |
|   | Flesher McKague LLP |
|   | 2202 Plaza Dr. |
| 3 | Rocklin, CA 95765 |
|   | Telephone: (202) 639-2502 |

Counsel for Plaintiff *BNSF Railway Company*

Dated: November 4, 2014

                                      Kamala D. Harris
                                      Attorney General of California
                                      Randy L. Barrow
                                      Supervising Deputy Attorney General

                                      */s/ Nicholas C. Stern* (as authorized on 11/4/2014)
                                      Nicholas C. Stern
                                      Deputy Attorney General
                                      *Attorneys for Defendants*
                                      *California Office of Oil Spill Prevention and Response,Thomas M. Cullen, Jr., California Administrator for Oil Spill Response, and Kamala D. Harris, Attorney General of the State of California*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION RE SCHEDULE FOR
DEFENDANTS' MTD;ORDER
CASE NO. 2:14-cv-02354-TLN-CKD

## ORDER

Based on the foregoing Stipulation and recitals, Defendants' Motion to Dismiss Plaintiffs' Complaint for Injunctive and Declaratory Relief (MTD) shall be heard on January 15, 2015 at 2:00 p.m. in Courtroom 2 on the 15th Floor.  Plaintiffs shall file their opposition to the MTD on or before December 5, 2014.  Defendants shall file their reply to Plaintiffs' opposition on or before December 19, 2014.

**IT IS SO ORDERED.**

Dated:  November 14, 2014

_____
Troy L. Nunley
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION RE SCHEDULE FOR
DEFENDANTS' MTD;ORDER
CASE NO. 2:14-cv-02354-TLN-CKD