TAMARA ZAKIM, SB No. 288912
Earthjustice
50 California Street, Ste. 500
San Francisco, CA 94111
T: 415-217-2000 / F: 415-217-2040
tzakim@earthjustice.org

PATTI GOLDMAN, SB No. WA 24426
ANNA SEWELL, SB No. KY 93914
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
T: 206.343.7340 / F: 206.343.1526
pgoldman@earthjustice.org; asewell@earthjustice.org

*Attorneys for Amici Applicants San Francisco Baykeeper, Sierra Club, Communities for a Better Environment, Center for Biological Diversity, California Sportfishing Protection Alliance, Association of Irritated Residents and Asian Pacific Environmental Network.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, UNION PACIFIC RAILROAD COMPANY AND BNSF RAILWAY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA OFFICE OF SPILL PREVENTION AND RESPONSE, THOMAS M. CULLEN, JR., CALIFORNIA ADMINISTRATOR FOR OIL SPILL RESPONSE, in his official capacity, AND KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in her official capacity,<br><br>Defendants. | Case No. 2:14-cv-02354-TLN-CKD<br><br>ORDER<br><br>Date:  No Hearing Requested<br>Time:  N/A<br>Judge: The Hon. Troy L. Nunley<br>Place: Courtroom 2, 15th Floor |

**ORDER**

The unopposed application for leave to file an *amicus* brief filed by San Francisco Baykeeper, Sierra Club, Communities for a Better Environment, Center for Biological Diversity, California Sportfishing Protection Alliance, Association of Irritated Residents and Asian Pacific Environmental Network is GRANTED.

Dated:  December 10, 2014

Troy L. Nunley
United States District Judge